**2013–0550.   State v. Schmidbauer.**
Clermont App. No. CA2012–08–061, 2013-Ohio-530.
O'NEILL, J., dissents.

**2013–0563.   State v. Harder.**
Cuyahoga App. No. 98409, 2013-Ohio-580.

**2013–0576.   State v. Ushery.**
Hamilton App. No. C–130039.

**2013–0626.   State v. Hawkins.**
Franklin App. No. 10AP–907, 2011-Ohio-6658.
PFEIFER and O'NEILL, JJ., dissent.

**2013–0639.   State v. Blakely.**
Lucas App. No. L–03–1275, 2013-Ohio-1080.

**2013–0641.   State v. Blakely.**
Lucas App. No. L–12–1034, 2013-Ohio-1080.

**2013–0734.   In re Adoption of D.N.O.**
Stark App. No. 2012–CA–00239, 2013-Ohio-601.

## MOTIONS FOR RECONSIDERATION

**2012–0239.   State v. Smith.**
Franklin App. No. 11AP–512, 2011-Ohio-6730. Reported at ___ Ohio St.3d ___, 2013-Ohio-1698, ___ N.E.2d ___. On motion for reconsideration. Motion denied.
O'CONNOR, C.J., and LANZINGER and FRENCH, JJ., dissent.

**2013–0064.   Torress v. Getzinger.**
Columbiana App. No. 11 CO 18, 2012-Ohio-5613. Reported at 135 Ohio St.3d 1413, 2013-Ohio-1622, 986 N.E.2d 30. On motion for reconsideration. Motion denied.
O'DONNELL, J., dissents.

**2013–0113.   Elam v. Cuyahoga Cty. Emp. & Family Servs.**
Cuyahoga App. No. 98323, 2012-Ohio-5076. Reported at 135 Ohio St.3d 1414, 2013-Ohio-1622, 986 N.E.2d 30. On motion for reconsideration. Motion denied.

**2013–0119.   DuBose v. Cincinnati Pub. Schools.**
Hamilton App. No. C–120188. Reported at 135 Ohio St.3d 1414, 2013-Ohio-1622, 986 N.E.2d 30. On motion for reconsideration. Motion denied.

**2013–0131.   State v. Ojile.**
Hamilton App. Nos. C–110677 and C–110678, 2012-Ohio-6015. Reported at 135 Ohio St.3d 1414, 2013-Ohio-1622, 986 N.E.2d 30. On motion for reconsideration. Motion denied.

**2013–0135.   State v. Reynolds.**
Fairfield App. No. 12 CA 7, 2012-Ohio-5956. Reported at 135 Ohio St.3d 1415, 2013-Ohio-1622, 986 N.E.2d 30. On motion for reconsideration. Motion denied.
O'DONNELL and O'NEILL, JJ., dissent and would grant the motion for reconsideration and hold the cause for the decision in 2013–0167, *State v. Bonnell*, 5th Dist. No. 12CAA030022, 2012-Ohio-5150.

**2013–0142.   Deutsche Bank Natl. Trust Co. v. Germano.**
Portage App. No. 2012–P–0024, 2012-Ohio-5833. Reported at 135 Ohio St.3d 1415, 2013-Ohio-1622, 986 N.E.2d 30. On motion for reconsideration. Motion denied.

**2013–0166.   State v. King.**
Cuyahoga App. No. 97683, 2012-Ohio-4398. Reported at 135 Ohio St.3d 1415, 2013-Ohio-1622, 986 N.E.2d 31. On motion for reconsideration. Motion denied.
PFEIFER, LANZINGER, and O'NEILL, JJ., dissent.